**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 375 WAL 2017
  :
              Respondent   :
  :
  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
             v.   :
  :
  :
PIERRE LAMONT PINSON,   :
  :
              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.